# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-4111
_____

ROBERTO LOPEZ, JR.,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


March 11, 2024

PER CURIAM.

   AFFIRMED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gilbert A. Schaffnit, Law Offices of Gilbert A. Schaffnit, Gainesville, for Appellant.

Ashley Moody, Attorney General and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.